USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-23-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA, on behalf of himself and all others similarly situated,

                               **Plaintiffs,**

                 -against-

CARHARTT RETAIL LLC,

                               **Defendant.**

18-cv-10672 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    January 23, 2019
             New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**